IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HARRY LEE RIDICK | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv295 |
| RICHARD D. MILES | § | |

## **FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the **24** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge